**DISMISS; and Opinion Filed April 3, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00237-CV**

**IN RE: EDWARD W. MANDEL AND IGOR SHABANETS, Relators**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00519-2013**

**MEMORANDUM OPINION**

Before Justices Bridges, Evans, and Lewis
Opinion by Justice Bridges

The Court has before it relators' agreed motion to dismiss petition for writ of mandamus.

We **GRANT** the motion and **DISMISS** the petition.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

130237F.P05